UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

JAN 07 2019

David J. Bradley, Clerk of Court

| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. C-18-1339 |
| v. | **EXHIBIT LIST** |
| CLIFFORD LAVERNE MECHAM, JR. | |
| SENIOR JUDGE JANIS GRAHAM JACK | CASE MANAGER: LINDA SMITH COURT REPORTER: |
| LIST OF ☑ GOVERNMENT ☐ DEFENDANT AUSA: BRITTANY L. JENSEN | PROCEEDING: BENCH TRIAL DATE: JANUARY , 2019 |

| NO. | DESCRIPTION | OBJ | ADM | NOT ADM | DATE |
|-----|-------------|-----|-----|---------|------|
| 1 | Stipulation of Facts | | 1/7/9 | | |
| 2 | Disc containing video graphic file **scren-laney.wmv** | | 1/7/19 | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |